■ MICHAEL JACOBY, Individually and as Parent and Natural Guardian of JENNIFER JACOBY, an Infant, Appellant, v SYNTEX LABORATORIES, INC., Respondent.—In an action to recover damages for personal injuries, etc., plaintiff appeals from so much of an order of the Supreme Court, Queens County (Leahy, J.), dated May 17, 1984, as, in effect, upon granting defendant's motion for reargument, denied so much of plaintiff's motion as sought to direct defendant to further answer plaintiff's interrogatory No. 26.

Order affirmed, insofar as appealed from, with costs.

Under the circumstances herein, we agree with Special Term's finding that the defendant has sufficiently responded to plaintiff's interrogatory No. 26, which sought information regarding other lawsuits filed against the defendant involving alleged adverse reactions to Neo-Mull-Soy, a baby formula manufactured and sold by defendant. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ JIM WATERS CORP. et al., Appellants, v JAMES COLLIGAN et al., Respondents.—In an action for a permanent injunction and damages based upon defendants' alleged misappropriation of plaintiffs' customer lists to their own use and benefit, plaintiffs appeal from an order of the Supreme Court, Dutchess County (Jiudice, J.), entered October 23, 1984, which denied that part of their motion which sought to impose penalties for defendants' refusal to comply with an order to disclose and to appoint a Referee to supervise disclosure.

Order affirmed, with costs.

Special Term properly exercised its discretion pursuant to CPLR 3126 in declining to impose sanctions after finding that defendants had answered the plaintiffs' interrogatories in issue to the best of their ability (see, Giraud v New York Blower Co., 96 AD2d 828), as well as in refusing to appoint a Referee pursuant to CPLR 3104, where plaintiffs have not demonstrated a need for constant rulings and no substantial litigation was generated by previous disclosure disputes (see, Lee v Lee, 93 AD2d 221). Niehoff, J. P., Lawrence, Eiber and Kooper, JJ., concur.